DAVID B. BARLOW, United States Attorney (#13117)
PAIGE PETERSEN, Assistant United States Attorney (Licensed in New York, Provisionally Admitted in Utah)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT
2013 OCT -2  ⊃ 1:39
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADRIAN MATHIAS PEREA,<br><br>Defendant. | INDICTMENT<br><br>18 U.S.C. § 2252A(a)(5)(B), POSSESSION OF CHILD PORNOGRAPHY (Count I); 18 U.S.C. § 2252A(a)(2) and (b), RECEIPT OF CHILD PORNOGRAPHY (Count II).<br><br>Case: 1:13-cr-00058<br>Assigned To : Campbell, Tena<br>Assign. Date : 10/02/2013<br>Description: USA v |

The Grand Jury Charges:

## COUNT I
### 18 U.S.C. § 2252A(a)(5)(B)

Beginning on a date unknown to the Grand Jury and continuing until on or about February 3, 2012, in the Northern Division of the District of Utah,

ADRIAN MATHIAS PEREA,

defendant herein, did knowingly possess any material which contains an image of child pornography, as defined in 18 U.S.C. § 2256(8), that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and which images were produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, including by computer, and attempted to do so; all in violation of 18 U.S.C. § 2252A(a)(5)(B).

### COUNT II
(18 U.S.C. § 2252A(a)(2) and (b))

On or about and between October 1, 2011 and February 3, 2012, in the Northern Division of the District of Utah,

ADRIAN MATHIAS PEREA,

the defendant herein, knowingly received and attempted to receive any child pornography, as defined in 18 U.S.C. § 2256(8), that had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce, including by computer; all in violation of 18 U.S.C. § 2252A(a)(2) and (b).

NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the felony offenses alleged in Counts I and II of this Indictment, the above-named defendant shall forfeit to the United States pursuant to 18 U.S.C. § 2253(a)(3) any and all property constituting or derived from any proceeds the

said defendant obtained directly or indirectly as a result of the said felony offenses and any and all property, real and personal, used or intended to be used in any manner or part to commit and to facilitate the commission of a violation of 18 U.S.C. § 2252A and any property traceable thereto, including but not limited to:

- HP Pavilion Computer
- Maxtor Hard Drive
- CD/DVDs containing child pornography

A TRUE BILL:

*/S/*
FOREPERSON OF THE GRAND JURY

DAVID B. BARLOW
United States Attorney

*Paige Petersen*
PAIGE PETERSEN
Assistant United States Attorney