AO 442

# United States District Court

DISTRICT OF UTAH - NORTHERN DIVISION

UNITED STATES OF AMERICA

V.

**Adrian Mathias Perea**

To: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

SEALED CASE NUMBER: 1:13-CR-00058 TC

SEALED ORIGINAL

FILED
U.S. DISTRICT COURT
OCT -3 P 12: 36
DISTRICT OF UTAH
DEPUTY CLERK

YOU ARE HEREBY COMMANDED to arrest __**ADRIAN MATHIAS PEREA**__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information
[ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Possession of Child Pornography; Receipt of Child Pornography**

in violation of __18:2252A(a)(5)(B); 18:2252A(a)(2) and (b)__ United States Code.

D. Mark Jones
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

By: Aimee Trujillo
    Deputy Clerk

Clerk of Court
Title of Issuing Officer

October 2, 2013 at Salt Lake City, Utah
Date and Location

Bail fixed _____ by _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/2/13 | Bobby Arnas PWN | [Signature] |
| DATE OF ARREST 3/27/19 | | |